**FILED**
**JAN 14 2013**
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Amanda U. Levy, PLAINTIFF
General Delivery
Sacramento, CA 95814
Cell (310) 254-8028
amandaulevy@gmail.com

JANUARY 10, 2013

Ryan Seacrest Productions
5750 Wilshire Boulevard
Los Angeles, CA 90036
United States
Phone: 323-954-2400
Attention: Adam Sher, CEO and President Ryan Seacrest

2:13-cv-0070 LJM KJN (PS)

Ryan Seacrest Foundation
5750 Wilshire Boulevard
Los Angeles, CA 90036
United States
Phone:
323-954-2400
Attention: Gary Seacrest, CEO and Chairman, Ryan Seacrest

*This Complaint will be sent via Priority or Certified Mail on January 10, 2013*

In the United States District Court of California at Sacramento

| AMANDA U. LEVY | }Judge |
|---|---|
| PLAINTIFF | }Magistrate Judge |
| Vs. | }No. |
| Ryan Seacrest Productions | }COMPLAINT |
| Ryan Seacrest Foundation | }PERSONAL INJURIES |
| | }VOLUNTEER EMPLOYMENT |

COMPLAINT

AMANDA U. LEVY

1

## COMPLAINT

1). On or before March 31, 2011, Defendant Ryan Seacrest and Plaintiff spoke on the phone. During this time, Plaintiff informed him She wanted to volunteer at his children's hospital based in Eggleston, Atlanta. He agreed. Next, he told her to visit their web site and inform them. Immediately, Plaintiff sent emails to his father, Gary Seacrest via the web site. Defendant founded the foundation as well as his production companies. Both are based in Los Angeles. What's more, He's the president and chairman of his production and foundation companies RESPECTIVELY.

2). On or before May 31, 2011, Plaintiff journeyed to Atlanta via Amtrak with five pieces of belongings weighing at least fifty pounds. When She arrived at the children's hospital, She met with Defendants Chris and Jones. However, they would not allow her to volunteer. For the first time, they informed her they would only allow family members to volunteer. Immediately, She told them She had spoken to the founder, owner, president and chairman. However, their refusals were adamant. Next, they asked for her resume. They said they would forward it to Defendant's father, Gary Seacrest. Of course Plaintiff sent them her resume and references list via email. However, she did not hear from them. She copied Defendant Ryan Seacrest in the email. Your Honor, Defendant breached our contract. Hence, Defendant is liable.

3). Due to the fact that Defendant breached, Plaintiff suffered severe economic hardship. In 2003, She volunteered for Special Olympics in Massachusetts. They paid her stipends. Because Defendant breached, She could not afford to pay rent. She slept six days at the airport. Once a week, She rented a room at a hotel in Alpharetta, Georgia. Fortunately, one of the mangers allowed her to stow away her personal belongings in their storage space. However, they claimed they had put them in the trash on August 1, 2011. There were expensive items such as jewelry, piano and two laptops.

4). On or before September 30, 2012, Plaintiff filed a suit against Extended Stay America Studios Hotel in Atlanta in this court in order to recover her stolen items. However, it was dismissed. If Defendant had not sent her to Atlanta on a wild goose

2

COMPLAINT

chase, She would not have lost her priceless possessions. If Defendant had not breached their contract, She would not have lost them. Hence, Defendant is liable. Since She was not able to recover her loss from Extended Stay America Studios, She should be allowed to recover them from Defendant.

5). Both Ryan Seacrest Production and Ryan Seacrest Foundation serve the public. They produce a variety of shows such as Keeping Up With the Kardashians, Married to Jonas, Sunsets of Shahs, On the Red Carpet, Melissa and Tye etc. Ryan Seacrest Foundation also caters to the public. They are affiliated with several children's hospitals such as the ones in Atlanta and Philadelphia. They provide music to children. I had wanted to play the piano and tutor them Algebra and Mathematics. I used to be deaf and mute. The piano rewired my brain and accorded me the motor skills to hear and talk. To date, I've composed 32 songs. I taught Algebra and Mathematics with Los Angeles Unified School District for two years.

Title VII of the Civil Rights Act of 1964 (Title VII), which prohibits employment discrimination based on race, color, religion, sex, or national origin;

Title I and Title V of the Americans with Disabilities Act of 1990, as amended (ADA), which prohibit employment discrimination against qualified individuals with disabilities in the private sector, and in state and local governments;

the Civil Rights Act of 1991, which, among other things, provides monetary damages in cases of intentional employment discrimination.

## PERSONAL INJURY TORT

Three elements must be established in every tort action. First, the plaintiff must establish that the defendant was under a legal duty to act in a particular fashion. Second, the plaintiff must demonstrate that the defendant breached this duty by failing to conform his or her behavior accordingly. Third, the plaintiff must prove that she suffered injury or loss as a direct result of the defendant's breach.

a). Defendant was under a legal duty to allow me to volunteer.

b). Instead, Defendant breached. I could not afford to pay rent. I slept six days at the airport.

COMPLAINT

3

c).     Because of Defendant's breach, I suffered personal injuries and loss. Accordingly, I would like be compensated for lost wages (stipends), stolen property, emotional distress, humiliation, embarrassment, impairment of earning capacity, lost wages, and round trip ticket from Los Angeles to Atlanta.

## PERSONAL JURISDICTION

This court has personal jurisdiction. Both Plaintiff and Defendant reside in the state of California. Because the damages sought are one million dollars, this case belongs in the federal court. What's more, I have a physical disability. Please do not transfer it to the federal court in Los Angeles. Most importantly, Sacramento is the capital of California.

A person is subject to in personam jurisdiction on any of the following theories:

(1) Presence, i.e., being served with a copy of the summons and complaint while physically present in the forum jurisdiction. The physical presence of a defendant in the forum is a sufficient basis for acquiring jurisdiction over him, no matter how brief his stay might be. (Pennoyer v. Neff, 95 U.S. (5 Otto) 714, 24 L.Ed. 565 (1877). )

(2) Domicile (residence) alone is a basis for exercising jurisdiction over an absent domiciliary. (Milliken v. Meyer, 311 U.S. 457, 61 S.Ct. 339, 85 L.Ed. 278 (1940).) I.e., a person may always be sued for all claims, regardless of where they arise, in their state of permanent residence or in the case of a corporation, the state in which it is incorporated.

(3) Consent to personal jurisdiction. A defendant who has not been personally served in the jurisdiction can nevertheless voluntarily appear and submit himself to jurisdiction. In such cases defendant is said to have "consented" to jurisdiction. Can consent be obtained in advance of any lawsuit being filed? Can consent be implied? Hess v. Palowski, 274 U.S. 352, 47 S.Ct. 632, 71 L.Ed. 1091 (1927) says yes. A state can legislate that a nonresident motorist using its highways be deemed to have appointed a local official as his agent to receive service of process in any action growing out of the use of the vehicle within the state. However, the state must provide actual notice to the nonresident defendant.

COMPLAINT

4

(4) **Minimum Contacts.** Having sufficient dealings or affiliations with the forum jurisdiction which make it reasonable to require the defendant to defend a lawsuit brought in the forum state. (Int'l Shoe) Hence, a defendant who has never set foot in California may nevertheless be subject to valid personal jurisdiction so as to be compelled to defend a lawsuit in California provided that he has minimum contacts with the forum state such that compelling him to appear and defend in the forum does not offend traditional notions of fair play and substantial justice. (International Shoe Co. v. Washington, 326 U.S. 310, 66 S.Ct. 154, 90 L.Ed. 95 (1945).) I.e., the due process clause does not permit a state to exercise personal jurisdiction over an individual or corporation with which the state has no contacts, ties or relations.

## FEDERAL QUESTION:

Your Honor, I am disabled under the American Disability Act. I have a physical impairment which limits one or more major life activities. I have problems with walking, standing, running, bearing, driving, aging etc. When I was two years old, I fell down and injured the center of my head. It was split into two. I could not grow past 8 years old. It was not until I became pregnant with my son I grew. He gave me stem cells. Since his birth, I stopped growing. He has outgrown me. I walk with a cane. I drive about twenty-five miles an hour on the streets and freeways. I can't age without my children. Given that I drive about twenty miles an hour, Dr. Mark Schwartz issued me a permanent disabled placard with California. It renews automatically every two years.

## DIVERSITY

Diversity jurisdiction is currently codified at 28 U.S.C. § 1332.
    (a)    The district courts shall have original jurisdiction of all
    (b)    civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between -
    (1)    citizens of different States;

**COMPLAINT**

Diversity arises because the amount ($1,000.000.00) exceeds $75,000. Hence, this court has proper subject matter jurisdiction.

## PRAYER FOR RELIEF

Your Honor, I suffered personal injuries. Because it was a volunteer assignment, I could not report Defendant to EEOC. Finally, I would like to sue Defendant for one million dollars on behalf of all children, my son, and I. Thank you, Your Honor.

Amanda U. Levy

Enclosures: Summons, cover sheet, IFP, Proof of physical disability and list of stolen property.

**COMPLAINT**

6

AMANDA U.

Things Stolen at the StudioPlus of Extended Stay America at 3331 Old Milton Road in Alpharetta, Georgia on August 1, 2011 by Candace and Mary TELEPHONE (770)475-7871

1). One laptop bought from RadioShack in 1998. RadioShack attorney, Chad Barnes had returned it to me with my books in 2004 when I sued Radio Shack in Seattle, WA for deleting all my 20 something books.

2). One laptop bought in Greensboro from Office Depot in 2007. I used it to tutor Algebra and Mathematics online with Tutor.com from July 2007 until March 2008. I used it to record more than 30 songs. I transferred my 24 books to this laptop in 2007. In 2008, I published my memoir, AmandaU:1985 and the Amazing Years. The pdf format is on this laptop.

3). Five precious jewelry (Gifts from my father and Peter )

4). My son's two passports. One was renewed. Both have expired.

5). My son's birth certificates

6). My diploma from City University of New York (BA)

7). Letters from President George W. Bush

8). Ten clothes I designed (a wedding gown, one Nigerian Attire, three short dresses, five evening gowns)

9). One thousand clothes (an assortment of clothes)

10). One hundred pairs of shoes

11). One Yamaha piano

12). My memoir, AmandaU:1985 and the Amazing Years

13). Twenty scarves

14). Two hats

15). One hundred pictures, including my son and his former girlfriend, Christina.

List of Stolen property

1

16). Transcripts from undergraduate and graduate universities
17). 20 copies of my Resume
18). Ten leather belts
19). One hundred lingerie from Victoria's Secret, including underwear
20). Ten bras
21). Twenty pairs of pantyhose from Leggs
22). Two corsets
23). Two blankets
24). Two large towels
25). Two small paintings
26). My father's original letter
27). Copies of my father's affidavit
28). I don't remember the rest



**List of Stolen property**

AMANDA U

2


STATE OF CALIFORNIA
**DMV**
DEPARTMENT OF MOTOR VEHICLES
*A Public Service Agency*

\*\*\*CUSTOMER RECEIPT COPY\*\*\*                                EXPIRES: 06/30/2013

\*\*\* D I S A B L E D   P E R S O N   P L A C A R D \*\*\*

```
                                                    DATE ISSUED: 12/05/12
PLACARD NUMBER: ▓▓▓▓▓▓▓    PIC: 1    TV: 92
                                                         MO/YR: TZ
 LEVY
       AMANDA UCHE                                  DT FEES RECVD: 12/05/12
9663 SANTA MONICA BLVD
#1064                                               AMT DUE       : NONE
                                                    AMT RECVD - CASH :
BEVERLY HILLS                                                 - CHCK :
CA              90210                                         - CRDT :

          CO: 19
```



H00   617  C3  0000000  0011  CS   H00  120512  N1   F764312

DEPARTMENT   OF   MOTOR   VEHICLES   PLACARD IDENTIFICATION CARD

THIS IDENTIFICATION CARD OR FACSIMILE COPY IS TO BE CARRIED BY THE PLACARD
OWNER. PRESENT IT TO ANY PEACE OFFICER UPON DEMAND. IMMEDIATELY NOTIFY DMV
BY MAIL OF ANY CHANGE OF ADDRESS. WHEN PARKING, HANG THE PLACARD
FROM THE REAR VIEW MIRROR. REMOVE IT WHEN DRIVING.

```
                                                   LEVY
PLACARD#: ▓▓▓▓▓▓▓         PLACARD HOLDER: ▓▓▓▓▓  AMANDA UCHE
EXPIRES:  06/30/2013                      9663 SANTA MONICA BLVD
DOB:      ▓▓▓▓▓▓▓                         #1064
ISSUED:   12/05/12
TYPE:     N1                              BEVERLY HILLS
                                          CA              90210
```

PURCHASE OF FUEL (BUSINESS & PROFESSIONS CODE 13660):
STATE LAW REQUIRES SERVICE STATIONS TO REFUEL A DISABLED PERSON'S VEHICLE
AT SELF-SERVICE RATES, EXCEPT SELF-SERVICE FACILITIES WITH ONLY ONE CASHIER.

WHEN YOUR PLACARD IS PROPERLY DISPLAYED, YOU MAY PARK IN/ON:
\*DISABLED PERSON PARKING SPACES (BLUE ZONES) \*STREET METERED ZONES WITHOUT
PAYING \*GREEN ZONES WITHOUT RESTRICTIONS TO TIME LIMITS \*STREET WHERE
PREFERENTIAL PARKING PRIVILEGES ARE GIVEN TO RESIDENTS AND MERCHANTS.

YOU MAY NOT PARK IN/ON: \*RED ZONES \*TOW AWAY ZONES \*WHITE OR YELLOW ZONES
\*SPACES MARKED BY CROSSHATCH LINES NEXT TO DISABLED PERSON PARKING SPACES.

IT IS CONSIDERED MISUSE: \*TO DISPLAY A PLACARD UNLESS THE DISABLED OWNER
IS BEING TRANSPORTED \*TO DISPLAY A PLACARD WHICH HAS BEEN CANCELLED OR
REVOKED \*TO LOAN YOUR PLACARD TO ANYONE, INCLUDING FAMILY MEMBERS.
MISUSE IS A MISDEMEANOR (SECTION 4461VC) AND CAN RESULT IN CANCELLATION OR
REVOCATION OF THE PLACARD, LOSS OF PARKING PRIVILEGES, AND/OR FINES.